UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. _____

JADE A. RENAUD,

        Plaintiff,

v.

CREAM MANAGEMENT & CONSULTING
INC., a Florida corporation, and
EDGARDO LAFAURIE,

        Defendants.
_____/

**DEFENDANTS' NOTICE OF AND PETITION FOR REMOVAL**

Defendants, Cream Management & Consulting Inc. ("Cream Management") and Edgardo Lafaurie ("Mr. Lafaurie") (collectively "Defendants"), by and through their undersigned counsel and in accordance with the applicable Federal Rules of Civil Procedure and 28 U.S.C. §§ 1331, 1441, and 1446, hereby file this Notice of and Petition for Removal (the "Notice"). Defendants request that the Court remove this action filed by Plaintiff, Jade A. Renaud ("Plaintiff"), in the County Court in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida, Miami Division. The removal of this action is based upon the following:

        1.    On or about June 4, 2019, Plaintiff filed a Complaint in the County Court in and for Miami-Dade County, Florida, captioned *Jade A. Renaud v. Cream Management & Consulting Inc., a Florida corporation, and Edgardo Lafaurie* (the "County Court case"). The County Court case was assigned case number 2019-013529-CC-05.

Case No. _____

2. In the single-count Complaint, Plaintiff alleges violations of the Federal Labor Standards Act's ("FLSA") overtime provisions, 29 U.S.C. § 207(a), against both Defendants.

3. This action is within the original federal question jurisdiction of the United States District Court pursuant to 28 U.S.C. § 1331, because Plaintiff alleges a claim under the FLSA. Thus, this action is removable pursuant to 28 U.S.C. § 1441(a).

4. Defendants were served on June 17, 2016. Therefore, this Notice has been filed within thirty (30) days after Defendants' receipt of the pleading setting forth the claims for relief upon which this removal is based, as required by 28 U.S.C. § 1446(b).

5. As required by 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Defendant are attached to this Notice at Exhibit 1. (Attached hereto as Exhibit 2 are all filings from the docket of the County Court case.)

6. A removal is not proper unless "all defendants who have been properly joined and served … consent to the removal of the action." 28 U.S.C. § 1446(b)(2)(A). The Defendants have complied with this requirement because both Defendants consent to removal and are jointly filing this Notice of and Petition for Removal.

7. Pursuant to 28 U.S.C. § 1446(d), Defendants will provide promptly written notice of the removal to Plaintiff and will file a copy of this Notice in the County Court in and for Miami-Dade County, Florida.

8. The United States District Court for the Southern District of Florida, Miami Division, includes the judicial county in which Plaintiff filed his Complaint. Thus, removal is proper to this Court.

Case No. _____

WHEREFORE, Defendants respectfully request that the United States District Court for the Southern District of Florida accepts the removal of this action from the County Court in and for Miami-Dade County, Florida and direct that the County Court has no further jurisdiction of this matter unless and until this case is remanded.

Dated: July 8, 2019                              Respectfully submitted,

                                                 By:  *s/Jennifer A. Schwartz*
                                                 Jennifer A. Schwartz, Esq.
                                                 E-mail: *jennifer.schwartz@jacksonlewis.com*
                                                 Florida Bar No. 502431
                                                 Naveen Paul, Esq.
                                                 Florida Bar No. 98059
                                                 Email: *naveen.paul@jacksonlewis.com*

                                                 JACKSON LEWIS P.C.
                                                 One Biscayne Tower, Suite 3500
                                                 2 South Biscayne Boulevard
                                                 Miami, Florida 33131
                                                 Telephone:  305-577-7600
                                                 Facsimile:   305-373-4466

                                                 *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document is being served on July 8, 2019, on all counsel of record on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                 s/ Naveen Paul
                                                     Naveen Paul, Esq.

Case No. _____

## SERVICE LIST

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

*JADE A. RENAUD v. CREAM MANAGEMENT & CONSULTING INC., ET AL.*

Case No. _____

| | |
|---|---|
| Jose O. Diaz, Esq. (988103) | Jennifer A. Schwartz, Esq. (502431) |
| Email: *jose@thediazfirm.com* | Email: *jennifer.schwartz@jacksonlewis.com* |
| Daniel Martinez, Esq. (147338) | Naveen Paul, Esq. (98059) |
| Email: *dmartinez@themartinezfirm.com* | E-mail: *naveen.paul@jacksonlewis.com* |
| | |
| THE DIAZ LAW FIRM P. A. | JACKSON LEWIS P.C. |
| THE MARTINEZ LAW FIRM, P.A. | One Biscayne Tower, Suite 3500 |
| 1490 West 68th Street, Suite 104 | 2 South Biscayne Boulevard |
| Hialeah, Florida 33014 | Miami, Florida 33131 |
| Telephone: (786) 703-2961 | Telephone: (305) 577-7600 |
| Telephone: (305) 271-7766 | |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendants* |
| | |
| Served via transmission of Notices of Electronic Filing | Served via transmission of Notices of Electronic Filing |

4817-6593-4491, v. 2